UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **MELISSA C. BALLARD,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **U.S. FARATHANE, LLC,** | CASE NO: 19-1011-STA-jay |
| Defendant. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing Case entered on July 12, 2019, this cause is hereby **DISMISSED** with prejudice.


                                        APPROVED:


s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 7/15/2019**                    THOMAS M. GOULD
                                        **Clerk of Court**


                                            s/Maurice B. BRYSON

                                        (By)  Deputy Clerk